# Exhibit 1

IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

| | | |
|---|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING, and all others similarly situated, | ) ) ) | CASE NO. _____ |
| | ) | |
| Plaintiffs, | ) ) | PETITION – CLASS & COLLECTIVE ACTION |
| vs. | ) ) ) | |
| EXIDE TECHNOLOGIES, | ) ) | |
| Defendant. | ) | |

Plaintiffs, for causes of action state:

## Introduction

1.     This is a representative action for unpaid wages and overtime brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and the Iowa Wage Payment Collection Law, Iowa Code § 91A ("IWPCL").

## Jurisdiction

2.     This court has original jurisdiction over this action pursuant to the FLSA, particularly 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

## Parties

3.     Plaintiffs are, or have been within the past three years, hourly employees of Defendant Exide Technologies ("Exide") at its Manchester, Iowa, facility.  They bring this action under the FLSA on behalf of themselves and as representatives of similarly situated employees who have filed and will file consents to join in this action.  (Exhibit A 1-6).  Plaintiffs are, or have been within the past three years, "employees" under the FLSA, 29 U.S.C. § 203(e)(1).

4.     Exide is a Georgia corporation and at all material times operated a facility in Delaware County, Iowa, engaged in the manufacture of batteries.

5.     At all material times Exide has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA, 29 U.S.C. § 203(s)(1)(A), in that said enterprise has employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had an annual gross volume of sales made or business done of more than $500,000.

Factual Background

6.     At all material times Exide has required all Plaintiffs and other similarly situated employees to wear a uniform designed to protect against battery acid.

7.     At all materials times Exide provided and has required all Plaintiffs and other similarly situated employees to don and doff a company uniform, hard hat or hairnet, and ear plugs in Defendant's locker room.

8.     At all material times Exide has required all Plaintiffs and other similarly situated employees to don and doff their uniform in Defendant's locker room.

9.     Defendant has not allowed Plaintiffs and others similarly situated to take their uniform home at the conclusion of the workday.

10.     At all material times Exide has required all Plaintiffs and other similarly situated employees to take a shower in Defendant's locker at the conclusion of the workday.  See Exhibit B.

2

11.     At all material times Exide has maintained a policy requiring employees to be "punched in (on the clock) when changing clothes, showering, washing up or performing any duties associated with your job."  See Exhibit C.

12.     At all material times, Exide has utilized time clocks and all Plaintiffs and others similarly situated employees have been required to use an individualized time card when punching in and out by way of time clocks.

13.     At the beginning of a shift, Plaintiffs and other hourly employees are required to punch in at the main time clock prior to entering the company locker room.

14.     After punching in, Plaintiffs and other hourly employees must complete the tasks described in Paragraph 7.

15.     After completing the tasks described in Paragraph 7, Plaintiffs and other hourly employees must make their way to their work area and punch in a second time at a time clock in their work area.

16.     After completing the tasks described in Paragraph 7, during certain periods of time over the past two years, Plaintiffs and other hourly employees have been required to punch in two additional times at two different locations prior to starting work.

17.     Defendant has not placed Plaintiffs into pay status until the start time of their respective shifts.

18.     At the conclusion of a shift, each Plaintiff and other hourly employee is required to punch out in his or her work area and make his or her way to the locker room to shower, doff work clothing and put on street clothes.

3

18.     After completing the tasks described in Paragraph 16, Plaintiffs are required to punch out at the main time clock.

19.     Exide pays Plaintiffs for ten minutes of time from leaving their work station.

Count I

Violation of the FLSA

20.     At all material times Defendant has violated the FLSA, particularly 29 U.S.C. §§ 206 and 207, by failing and refusing to (a) pay Plaintiffs and other similarly situated employees their regular rate of pay and accompanying fringe benefits for all hours of work they performed up to 40 hours per week and (b) pay them overtime, or one and one-half times the regular hourly rate of pay, and accompanying fringe benefits on a weekly basis for work they performed in excess of 40 hours per week as required by the FLSA for, inter alia:

      a.     donning and doffing the necessary and required safety apparel, equipment and specialized uniform in Defendant's locker room area;

      b.     traversing the facility grounds to and from;

      c.     required showering and other personal cleaning at the end of a shift

21.     At all material times Defendant's acts and conduct complained of above have been willful.

WHEREFORE Plaintiffs request the following relief:

1.     Defendant's conduct complained of herein be declared in violation of Plaintiffs' rights as secured by the FLSA;

4

2.   An order be entered approving notice to all similarly situated past and present employees of Exide informing them of their right to file consents to join in the FLSA portion of this action;

3.   Plaintiffs and all employees covered by this action be awarded their unpaid regular hourly rate for work up to forty hours per week and their overtime pay for all hours of work in excess of forty hours per week and unpaid or underpaid benefits;

4.   Plaintiffs be awarded liquidated damages;

5.   An order be entered permanently enjoining and restraining Exide from violating the provisions of the FLSA;

6.   Plaintiffs be awarded attorneys' fees and costs in prosecuting this action; and

7.   Plaintiffs be awarded such other relief that is just and equitable.

## Count II

### Violation of the IWPCL and Breach of Employment Agreement

22.   This court has supplemental jurisdiction over this action pursuant to 28 U.S.C. § 1367.

23.   Plaintiffs incorporate by reference Paragraphs 6 through 21.

24.   Plaintiffs bring this action under state law on behalf of themselves and as representatives of a class of employees, including past, present and future employees, estimated to be over 300 individuals.

   a.   Plaintiffs and the class are "employees" under Iowa Code §91A.2(3);

5

b.      The class is so numerous that joinder of all members is impracticable;

c.      There are questions of fact and law common to the class which predominate over any questions affecting only individual members;

d.      The representative parties will fairly and adequately protect the interests of the class.

25.     For at least the two years preceding the filing of this complaint, and at all times thereafter, Defendant violated and continues to violate the IWCPL, particularly Iowa Code §§ 91A.2, 91A.3, 91A.4, 91A.6 and 91A.13 by failing and refusing to pay Plaintiffs and the class their agreed upon hourly wages for all hours of work each work week.

26.     For at least the two years preceding the filing of this complaint, and at all times thereafter, Defendant violated and continues to violate the IWCPL, particularly Iowa Code §§ 91A.2, 91A.3, 91A.4, 91A.6 and 91A.13 by failing and refusing to pay Plaintiffs and the class their agreed upon hourly wages pursuant to Defendant's pay policy.

WHEREFORE Plaintiffs request the following relief:

1.      Defendant's conduct complained of herein be declared in violation of Plaintiffs' rights as secured by the IWPCL;

2.      Plaintiffs be awarded back pay with interest for all hours worked but not paid, and unpaid and underpaid benefits;

3.      Plaintiffs be awarded liquidated damages within the meaning of Iowa Code § 91A.2(6);

6

4.    An order be entered permanently enjoining and restraining Defendant from violating the provisions of the IWPCL;

5.    Plaintiffs be awarded attorneys' fees and costs in prosecuting this action; and

6.    Plaintiffs be awarded such other relief that is just and equitable.

/s/ Nate Willems

NATE WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA  52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR PLAINTIFFS

7

## IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

DEBORAH FERGUSON, ANDREW )        CASE NO. _____
CLEMEN, JEFF NOLTING, )
and all others similarly situated, )
  )
  )        ORIGINAL NOTICE
        Plaintiffs, )
  )
    vs. )
  )
EXIDE TECHNOLOGIES, )
  )
        Defendant. )

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY NOTIFIED there is a Petition on file in the office of the Clerk of the above court. A copy of this filing is attached. The Plaintiff's attorney is Nathan Willems of Rush & Nicholson, P.L.C., whose address is 115 First Avenue SE, Suite 201, P.O. Box 637, Cedar Rapids, IA 52406-0637. The Plaintiff's attorney's telephone number is (319) 363-5209, with a facsimile transmission number of (319) 363-6664.

You must serve a Motion or Answer within 20 days after service of this Original Notice upon you, and within a reasonable time thereafter file your Motion or Answer in the Iowa District Court for Delaware County, at the county courthouse in Delaware County, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your District ADA Coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

_____
CLERK OF THE ABOVE COURT
Delaware County Courthouse
Manchester, IA 52057

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE
AT ONCE TO PROTECT YOUR INTERESTS.**

# STATE OF IOWA JUDICIARY

*Case No.* **LACV008457**

*County* **Delaware**

*Case Title* **DEBORAH FERGUSON, ET AL., V. EXIDE TECHNOLOGIES**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

---

*Scheduled Hearing:*

---

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* **06/01/2018 04:17:44 PM**



*District Clerk of* Delaware                    *County*
**/s/ Christine Saylor**

AFFIDAVIT

STATE OF IOWA )
) ss:
COUNTY OF _Linn_ )

I, Deborah Ferguson state under oath I have reviewed the attached petition

and to the best of my knowledge everything contained within it is true.



Subscribed and sworn to before me by Deborah Ferguson this 1st day of
June , 2018.

Brenda Quandt
Notary Public in and for the State of Iowa

BRENDA QUANDT
Commission Number 753349
My Commission Expires
June 19, 2020



EXHIBIT

A-1

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6·1·18
Date

Deborah Ferguson
Signature

Deborah Ferguson
Print Name

**EXHIBIT**

A - 2

## AFFIDAVIT

STATE OF IOWA       )
                   ) ss:
COUNTY OF _Delaware_   )

    I, _Andrew H Clemen_, state under oath I have reviewed the attached petition and to the best of my knowledge everything contained within it is true.

_(signed) Andrew H Clemen_

    Subscribed and sworn to before me by _Andrew H Clemen_ this _29th_ day of _May_, 2018.

_(signed) Alison M Kass_
Notary Public in and for the State of Iowa



ALISON M. KASS
Commission Number 729117
My Commission Expires

EXHIBIT
A-3

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5-29-18
Date

Andrew H Clemen
Signature

Andrew H Clemen
Print Name

EXHIBIT
A-4

## AFFIDAVIT

STATE OF IOWA                    )
                                 ) ss:
COUNTY OF  Linn                  )

I, _Jeff Nolting_, state under oath I have reviewed the attached petition

and to the best of my knowledge everything contained within it is true.

_Jeff Nolting_

Subscribed and sworn to before me by _Jeff Nolting_ this _1st_ day of
_June_, 2018.

_Brenda Quandt_
Notary Public in and for the State of Iowa



BRENDA QUANDT
Commission Number 783349
My Commission Expires
June 19, 2020

**EXHIBIT**

A-5

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years.  I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____6-1-18_____
Date

_Jeff Nolting_
Signature

_Jeff Nolting_
Print Name

EXHIBIT
A - 6

# COMPANY PREMISES

To maintain efficiency and safety of the work environment, employees are not permitted to come on Company premises earlier than 30 minutes before their scheduled start time (to prepare for work) nor to remain anywhere on Company premises 30 minutes after their scheduled quit time (in preparation to leave).

While on Company premises, employees are required to remain only in their assigned work areas or other authorized areas, such as parking lots, locker rooms, rest rooms, specified break areas, meeting rooms and offices. Employees are strictly prohibited from wandering or visiting any other areas for non-business reasons without explicit permission from their supervisors. Prior to entering any unfamiliar areas, employees must receive a briefing on the associated safety hazards and precautions, including proper personal protective equipment. Employees who enter work areas must make their presence known to operators of equipment in those areas and must notify those operators of their departures from those areas. Failure to comply with these procedures may result in disciplinary action up to and including termination.

If you think you need access to Company premises at any other time for any other legitimate business reason, such as to treat a work-related injury, pick up a pay check, discuss employment or benefit issues, you must receive permission in advance from either HR or your supervisor. If you have an immediate need to contact HR outside of regular business hours, please contact the supervisor or top manager on duty and they will contact HR for you. Unauthorized presence on Company premises may result in disciplinary action, up to and including termination.

# BREAK PERIODS

A break room and picnic area is provided for your usage. You may eat only in specified areas and you are required to pick up your own trash and keep the area clean for the next person. Aluminum cans and/or pop cans are not allowed inside the facility. When entering a clean area (break room or office), each employee entering from a production area is required to wear a smock and boot covers to prevent the tracking of lead into these areas. Employees may not leave for break prior to the designated time and must return from break within the designated time.

# WASH-UP PERIODS

Cleanliness is vital to good health of employees in lead industries. All employees are allocated paid wash-up times which must be taken for their intended use. Before eating you must wash your hands, arms and face and remove lead from your clothing by vacuuming. When entering a clean area (break room, or office), each employee entering from working in a production area is required to wear a smock and boot covers to prevent the tracking of lead into these areas. At shifts end you are required to shower, shampoo and change clothes to assure you do not take lead home to your family.

# TELEPHONE CALLS

Personal phone calls and phone messages are discouraged. It is your responsibility to ensure compliance with this procedure so that you do not receive phone calls or messages at work. Emergency messages will be conveyed to you or your supervisor or you will be advised that an emergency call is waiting.

If it is necessary for you to communicate with someone outside the plant during normal business hours you should use the public telephones, located in the break room, during break periods. Other Company phones should not be used for personal reasons without prior management approval. Cell phones are allowed, however they can not be in the production area.

# SMOKING/TOBACCO/GUM AND MINTS, ETC.

Per Iowa law as well as lead and health hazards smoking is allowed only in the designated smoking break area immediately outside the employee main entrance. Chewing of tobacco, gum and mints, etc. is restricted to break areas only. In accordance with OSHA we may not use or take tobacco or food products, etc., in the plant. Such items must be left in your locker or break room.

Courtesy suggests that smokers consider the wishes of non-smokers and we encourage you to quit smoking for your own good health. The Company provides assistance through the Wellpower program. Please contact HR for information.

# VISITORS

Only individuals who have legitimate business with employees will be allowed inside the plant. Emergency visits will be handled on an individual basis. All visitors must sign in at the plant entrance. Only management personnel have the authority to permit visitors into the plant. Customers and other visitors will periodically tour our plant and we expect you to extend courteous treatment to these people. The impressions customers and other visitors receive from you and other employees and from the condition and appearance of the plant and its equipment can have an important influence on how these people feel toward the Company and the work we do.

- 37 -



D719

# PAY

It is Company policy to establish rates of pay based upon requirements of the job including knowledge, skill, training, comparable jobs, and community based compensation factors. To ensure your rates remain competitive, the Company conducts periodic wage surveys in the surrounding area.

Pay day is normally Friday of each week and compensation is determined by the previous week worked. The traditional work week for payroll purposes is Monday through Sunday.

TIME CLOCKS AND TIME CARDS - All employees are required to punch in on their own card when reporting for work and punch out when they finish their shift. You must also punch out at any other time you leave the plant and punch back in upon your return.

You must be punched in (on the clock) when changing clothes, showering, washing up, or performing any duties associated with your job. Employees are not allowed to work off the clock. Any employee asked to work off the clock should report the request immediately to the Controller or HR.

All time cards and time sheets will be computed daily. ANY time worked beyond your regularly scheduled shift is considered overtime and must be approved by your supervisor.

The Company prohibits improper pay deductions. If you believe you have incorrect deductions or payroll errors, please bring them to the attention of the Controller or HR Manager. The Company will investigate any complaints. If improper pay deductions or payroll errors have occurred, the Company will reimburse the affected employee and make a good-faith commitment to comply in the future.

PAYROLL DEDUCTIONS - The law requires that deductions be made from your paycheck for state and federal income tax and social security tax.

# SHIFT DIFFERENTIAL

Employees working 2nd shift, 3rd shift and 24/7 shifts receive a shift premium.

# REPORT-IN-PAY

If you report to work on your regularly scheduled shift and work is not available, you will be paid 4 hours at the rate for your job title. If the lack of work is due to emergency conditions, the Plant Manager will determine whether report-in-pay is appropriate and if it should be paid.

If the Company has sufficient time and makes an effort to contact you to advise you not to report for work then report-in-pay will not normally be paid. Inability on the part of the Company to contact an employee because of an unlisted or outdated phone number or no phone, etc. will relieve the Company of report-in-pay if sufficient notification time was available and the effort was made to contact you.

# CALL BACK PAY

Hourly employees called into work, outside the hours of their regular shift, will be paid a minimum of 4 hours of pay at the rate of their current job classification. Employees are guaranteed the opportunity to work 4 hours (from the time work is started) after being called in. With supervisory approval, an employee who completes the job they were called in for, before the 4 hour guarantee period is completed, may voluntarily elect to leave work but will be paid for time worked even if it is less than the 4 hour call in pay guarantee. If the job you were called in for is completed in less than 4 hours, and no additional work is available, you may be dismissed by your supervisor and you will receive 4 hours of call in pay. If you are again called back within the original 4 hours, you will receive a total of 4 hours of pay.

EXHIBIT
C

D716

IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

| | | |
|---|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING, and all others similarly situated, | ) ) ) | CASE NO. LACV 008457 |
| | ) | NOTICE OF CONSENT FILING |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| EXIDE TECHNOLOGIES, | ) ) | |
| Defendant. | ) ) | |

Pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent form for

the following person:

      4.    Tom Heims.

Dated: June 13, 2018.

    /s/ Nate Willems
NATE WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR PLAINTIFFS

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6-8-2018
Date

Signature

Tom Heims
Print Name

## IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

| | | |
|---|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING, | ) | CASE NO. LACV 008457 |
| and all others similarly situated, | ) | NOTICE OF CONSENT FILING |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent form for the following person:

     5.    Mike Letts

Dated: June 15, 2018.

/s/ Nate Willems
NATE WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR PLAINTIFFS

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6 – 11 – 2018
Date

Signature

Mike Letts
Print Name

# RETURN OF SERVICE

## In the Iowa District Court For DELAWARE COUNTY

Case Name:   DEBORAH FERGUSON  ET AL
      vs
            EXIDE TECHNOLOGIES

Case No.:   LACV008457 Sheriff's File No.: 18020116
Notice rec'd : 6/13/2018

## STATE OF IOWA POLK COUNTY } SS.

I certify that I served a copy of :  ORIGINAL NOTICE/PETITION CLASS & COLLECTIVE
ACTION/EXHIBITS

to   EXIDE TECHNOLOGIES    Type of service:  COMPANY REPRESENTATIVE

by delivering a copy to:  laura graham

a person at least 18 years of age  described as

Address of service:  REG AGENT: CT CORP 400 E COURT AVENUE #110 DES MOINES, IA
50309

Date and time of service:  6/15/2018 1:10 PM
Trips:
  There are no additional service attempts

Reason: ,

### FEES:

MILEAGE FEE ($1.09)
PROCESSING FEE ($30.00)
Total:$31.09

**BILL McCARTHY      Sheriff**


**Polk County, Iowa**


JEFF FUNARO   **Deputy/Server**

IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

| | | |
|---|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING, | ) | CASE NO. LACV 008457 |
| and all others similarly situated, | ) | NOTICE OF CONSENT FILING |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent form for the following person:

6.    Kevin D. Mesch

Dated:  June 25, 2018.

/s/ Nate Willems
NATE WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA  52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR PLAINTIFFS

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6/22/18
Date

Kevin D. Mesch
Signature

Kevin D Mesch
Print Name

IN THE IOWA DISTRICT COURT IN AND FOR DELAWARE COUNTY

| | | |
|---|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING, and all others similarly situated, | ) ) ) | CASE NO. LACV 008457 |
| | ) | NOTICE OF CONSENT FILING |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| EXIDE TECHNOLOGIES, | ) ) | |
| Defendant. | ) | |

Pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent form for the following person:

      7.   Adam Keck

Dated:  July 3, 2018.

           /s/ Nate Willems
           NATE WILLEMS, AT0009260
           RUSH & NICHOLSON, P.L.C.
           115 First Avenue SE, Suite 201
           P.O. Box 637
           Cedar Rapids, IA  52406-0637
           Telephone (319) 363-5209
           Facsimile (319) 363-6664
           nate@rushnicholson.com
           ATTORNEY FOR PLAINTIFFS

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I have been employed by Exide Technologies within the past three (3) years. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act, 29 U.S.C. Sec 201 *et seq.*

During the time period I was employed by Exide Technologies , I worked in excess of forty (40) hours in given workweeks, but was not paid overtime compensation for all time worked in excess of 40.

I hereby designate RUSH & NICHOLSON P.L.C. ("Plaintiffs' Counsel") and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Class Representatives as my agents to make decision on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6-29-18
Date

*Adam Keck*
Signature

*Adam Keck*
Print Name

Bob Rush
William G. Nicholson
Gary B. Nelson
Nate Willems
Andy Giller
Anthony J. Olson
Casey Steadman



**R & N**

## Rush & Nicholson
——— Lawyers ———
P. O. Box 637
Cedar Rapids, IA 52406-0637

Telephone: (319) 363-5209
Fax: (319) 363-6664
www.rushnicholson.com

Office Location
115 First Avenue SE, Suite 201
Cedar Rapids, IA 52401-1105

Email: nate@rushnicholson.com

June 28, 2018

Mr. Craig Lederer
118 Third Avenue SE, Suite 700
Cedar Rapids, IA 52401

Re: Ferguson, et al., v. Exide Technologies

Dear Craig:

As you know, our office has brought an FLSA claim against Exide Technologies. We understand that you will be representing Exide Technologies. We look forward to working with you over the course of this litigation.

We anticipate asking the court to certify a class of all individuals who worked or are working for defendant Exide Technologies in an hourly capacity from three years prior to the date of filing of the lawsuit (June 1, 2018) through the present based out of Exide Technologies' Manchester, Iowa, facility, and who are or were eligible for overtime pay pursuant to the FLSA, 29 U.S.C. § 207, and who did not receive overtime pay for all hours worked in excess of forty during any week during this time period.

In order to facilitate identification and communication with putative class members, we ask that your client voluntarily disclose the names and the last-known addresses of this class of potential plaintiffs.

Additionally, for the six individuals who have already signed consent forms, we ask that your client voluntarily provide copies of all timecards going back to June 1, 2015.

Please feel free to contact me with any questions or concerns about this or any other matter related to this litigation.

Sincerely,

RUSH & NICHOLSON, P.L.C.

Nathan Willems

NTW/ljd