IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXIDE TECHNOLOGIES,<br><br>Defendant. | CASE NO. 6:18-cv-02044-CJW<br><br>Judge Leonard T. Strand<br><br>Magistrate Judge C.J. Williams |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO THE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

Pursuant to Fed. R. Civ. P. 5.2(d) and LR 5(c), Plaintiffs Deborah Ferguson, Andrew Clemen, and Jeff Nolting (collectively, "Named Plaintiffs") and Defendant Exide Technologies ("Defendant" or "Exide"), by their respective counsel, respectfully move the Court for leave to file under seal Exhibit A to the Confidential Settlement Agreement and Release, which the parties have executed (the "Agreement"). The Agreement will be submitted with Plaintiffs' motion to approve the Agreement, which the parties will file with the Court by May 10, 2019. In support, the parties state as follows:

1. The parties have agreed to file under seal Exhibit A. Exhibit A contains individualized settlement compensation information for the Exide employees, including the three Named Plaintiffs, as well as the thirteen (13) current and former Exide employees who worked in Exide's Manchester, Iowa factory, and who opted into the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") claims (collectively, "Opt-In Plaintiffs"). Specifically, Exhibit A contains the eligible settlement payment for each Named Plaintiff and Opt-In Plaintiff. A version of

Exhibit A without the confidential settlement compensation information is attached to this motion as Exhibit A.

2. Documents may be sealed when the public's right of access to the documents is outweighed by the interests that favor nondisclosure and confidentiality. *Duckworth v. St. Louis Metro. Police Dep't,* 654 F. App'x 249, 250 (8th Cir. 2016). The decision of whether documents should be sealed is "best left to the sound discretion of the trial court." *Id.* (quoting *United States v. Webbe*, 791 F.2d 103, 106 (8th Cir. 1986)).

3. In addition to the parties' express agreement, nondisclosure of Exhibit A will protect the Named Plaintiffs' and Opt-In Plaintiffs' privacy interests, including without limitation their interest in maintaining the confidentiality of information relating to their settlement payments.

4. In another FLSA settlement, a judge in the Southern District of Iowa granted a similar Motion to File Under Seal because the settlement agreement contained individualized settlement compensation information. *See Bowman et al v. Archer-Daniels-Midland Company et al*, No. 3:13-CV-00026 (S.D. Iowa March 19, 2014) (text order granting Joint Motion for Leave to File Under Seal Exhibit to Settlement Agreement). The referenced Joint Motion for Leave to File Under Seal and text order granting that motion are attached to this motion as Exhibit B.

5. Accordingly, the parties respectfully submit that their express agreement to maintain the confidentiality of information contained in Exhibit A, together with their respective interests in protecting such confidential information, constitute good cause to seal Exhibit A.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court grant their request for leave to file under seal Exhibit A to the Agreement as set forth herein.

Dated: May 6, 2019

Respectfully submitted,

By: /s/ *Nate Willems*
Nate Willems, Esq.
RUSH & NICHOLSON, PLC
115 First Avenue SE, Suite 201
P.O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com

**COUNSEL FOR NAMED AND OPT-IN PLAINTIFFS**

By: /s/ *Gregory M. Lederer*
Jonathan D. Lotsoff
jlotsoff@sidley.com
Brenna M. Woodley
bwoodley@sidley.com
Vera M. Iwankiw
viwankiw@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Gregory M. Lederer
glederer@LWCLawyers.com
Lederer Weston Craig, PLC
118 Third Avenue SE, Suite 700
Cedar Rapids, IA 52401
Tel: (319) 365-1184
Fax: (319) 365-1186

**COUNSEL FOR DEFENDANT EXIDE TECHNOLOGIES**

# **CERTIFICATE OF SERVICE**

I, Gregory M. Lederer, hereby certify that on May 6, 2019, I electronically filed a true and correct copy of the foregoing Joint Motion for Leave to File Under Seal Exhibit A to the Confidential Settlement Agreement and Release with the Clerk of Court using the CM/ECF system, which will send notice of the same to the following counsel of record for Named and Opt-In Plaintiffs:

>Nate Willems, Esq.
>RUSH & NICHOLSON, PLC
>115 First Avenue SE, Suite 201
>P.O. Box 637
>Cedar Rapids, IA 52406-0637
>Telephone (319) 363-5209
>Facsimile (319) 363-6664
>nate@rushnicholson.com

By: _/s/ *Gregory M. Lederer*_____
Attorney for Defendant Exide Technologies

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DEBORAH FERGUSON, ANDREW CLEMEN, JEFF NOLTING and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXIDE TECHNOLOGIES,<br><br>Defendant. | CASE NO. 6:18-cv-02044-CJW<br><br>Judge Leonard T. Strand<br><br>Magistrate Judge C.J. Williams |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO THE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE**

This matter is before the Court on the parties' Joint Motion for Leave to File under Seal Exhibit A to the Confidential Settlement Agreement and Release. Being fully advised, and for good cause shown, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the Court shall maintain the following documents under seal: Exhibit A to Confidential Settlement Agreement and Release, which will be submitted with Plaintiffs' motion to approve the Agreement.

**SO ORDERED.**

Dated: May __, 2019.                    _____
                                         C.J. Williams
                                         United States Magistrate Judge
                                         Northern District of Iowa